No. 72–6480. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6484. ANDREWS v. RANSDELL. C. A. 4th Cir. Certiorari denied.

No. 72–6492. KARCHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6504. RAINEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6505. BRAXTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6510. GARCIA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6514. ELLIS v. TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–6515. COULTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6519. AGRAN ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6522. COCHRAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6527. ODES v. DOPPELT ET AL. Sup. Ct. Ill. Certiorari denied.

No. 72–6530. WHITE v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 72–6531. MURPHY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 72–6533. BEESON v. KASSOS ET AL. C. A. 8th Cir. Certiorari denied.